# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEVIN BARNES** | * | **CIVIL ACTION NO.: 14-2020** |
| **VERSUS** | * | **SECTION:  R** |
| **QUALITY FAB & MECHANICAL, L.L.C.,** | * | **MAGISTRATE:  (3)** |
| **QUALITY FAB & MECHANICAL CONTRACTORS, INC.,** | * | |
| **ST. ROSE DRIVING RANGE, L.L.C. and** | | |
| **BRUCE M. BOURGEOIS** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WITNESS LIST OF PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Plaintiff who files the following list of potential witnesses:

1. Devin Barnes
2. Bruce Bourgeois
3. Lorna Bourgeois
4. Kali Angelica
5. Cheri Dabdoub
6. Emily Burkett
7. Breann Chaisson
8. Potong Davis
9. Alicia Delatte
10. Ernie Barnes
11. Marty Martin
12. Denise Lindberg
13. Peggy Labit

14. Robert Hebert

15. Heather Cannon

16. Lisa Saunders

17. Stephanie Gunderson

18. William S. Schroeder, DC

19. A corporate representative of each corporate defendant

20. Any witness listed by Defendants

21. Any witness identified in discovery

        Respectfully submitted,

        _s/ Michael T. Tusa, Jr._
        MICHAEL T. TUSA, JR. (#02154)
        SUTTON, ALKER & RATHER, LLC
        4080 Lonesome Road, Suite A
        Mandeville, Louisiana 70448
        Telephone: (985) 727-7501
        Facsimile: (985) 727-7505
        Email: mtusa@sutton-alker.com

        AND

        STEVEN M. SPIEGEL (#21118)
        209 Highway 22 West, Suite G
        Madisonville, Louisiana 70447
        Telephone: (985) 626-6290
        Facsimile: (985) 626-6291
        Email: spiegellaw@hotmail.com
        **ATTORNEYS FOR DEVIN BARNES**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system to all counsel of record, this 21st day of December, 2015.

        _s/ Michael T. Tusa, Jr._
        Michael T. Tusa, Jr.