UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEVIN BARNES** | * | **CIVIL ACTION NO.: 2:14:cv:02020** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE: SARAH S. VANCE** |
| | * | |
| **QUALITY FAB & MECHANICAL, L.L.C., et al.** | * * | **MAGISTRATE: DANIEL E. KNOWLES, III** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' WITNESS AND EXHIBIT LIST**

In accordance with the order of the Court [Doc. 20], defendants, Quality Fab & Mechanical, L.L.C., Quality Fab & Mechanical Contractors, Inc., St. Rose Driving Range, L.L.C., and Bruce M. Bourgeois, through undersigned counsel, respectfully submit this Witness and Exhibit List:

**I.    WITNESSES**

Defendants may call the following witnesses at trial in this matter:

1. Bruce M. Bourgeois

2. Lorna Bourgeois

3. Peggy Labit

4. Devin Barnes

5. Heather Canon

6. Emily Burkett

7. Stephanie Gunderson

8. Nick Monk

9. Representative of The Pantry, Inc. (d/b/a Kangaroo Express stores)

10. Any other former or current employee of St. Rose Driving Range, LLC, Quality Fab & Mechanical, LLC, and/or Quality Fab & Mechanical Contractors, Inc.

11. Any witnesses whose identity becomes known through discovery

12. Defendants reserve the right to supplement and amend this witness list upon adequate notice to the Court and to all counsel of record.

## II. EXHIBITS

Defendants may introduce the following exhibits at trial in this matter:

1. 2012, 2013 and 2014 Individual Income Tax Returns for Devin Barnes and attachments

2. 2013 SRDR Form to Buy Uniforms: Devin Barnes

3. 05/29/13: St. Rose Driving Range New Hire Packet – Devin Barnes

4. 06/06/13: Loan Agreement between Devin Barnes ("borrower") and Bruce M. Bourgeois, Sr. and Quality Fab & Mechanical ("lender") - $200.00

5. 06/12/13: Minute Entry Detail for *State of LA v. Devin Ryan Barnes*, St. Tammany Parish Court No. 533660

6. 06/12/13: Criminal records, documents, and transcripts in *State of LA v. Devin Ryan Barnes*, St. Tammany Parish Court No. 533660

7. 07/08/13: Email from Bruce Bourgeois to Peggy Labit and Devon Barnes, re: SRDR Tally – need help promoting

8. 07/15/13: Email from Luana to Devin, re: Liquor Inventory Sheets (with attachment)

9. 07/22/13: Email from Devin to Lorna Bourgeois, Bruce Bourgeois, and Peggy Labit, re: Over Short Report For The Week of the 15 Thru the 21 (with attachment)

10. 08/01/13: Email rom Peggy Labit to Bruce Bourgeois, re: SRDR Tally

11. 08/01/13: Email from Devin to Bruce Bourgeois, Lorna Bourgeois, and Lisa Saunders, re: shortage ending week of 07/31/13 (with attachment)

12. 08/21/13: Email from Devin to Peggy Labit, re: getting on Internet

13. 08/28/13: Loan Agreement between Devin Barnes ("borrower") and Bruce M. Bourgeois, Sr. and Lorna O. Bourgeois ("lender") - $5,000.00

2

14. 08/28/13: Loan Agreement between Devin Barnes ("borrower") and Bruce M. Bourgeois, Sr. and Lorna O. Bourgeois ("lender") - $5,000.00

15. 09/02/13: Email from Devin Barnes to Stephanie, re: Employment App's

16. 09/25/13: Email from Devin Barnes re: bartenders

17. 10/06/13: Email from Devin Barnes to Luana, requesting an updated inventory (with attachment)

18. 10/08/13: Email from Devin Barnes re: liquor to be ordered

19. 10/15/13: Email from Devin Barnes re: work email

20. 10/31/13 and 11/03/13: Emails from Devin Barnes to Devin Work Email with screenshots/photos of inventory/food cost analyses

21. 11/14/13: Notice of Seizure in Garnishment – *Harrison Finance Company v. Devin Ryan Barnes*

22. December 2013 calendar

23. 12/05/13: Email from Devin Barnes to Devin Work Email, with Invitation to Annual Christmas Party

24. 12/08/13: Screenshot: Photo posted on Facebook

25. 12/08/13: Photos from Christmas party

26. 12/10/13: Separation Notice

27. 2013 Devin Barnes 1099 from Quality Fab

28. 02/21/2014: Records of Equal Employment Opportunity Commission related to Charge No. 461-2014-00812

29. 02/21/14: U.S. Equal Employment Opportunity Commission Intake Questionnaire, executed by Devin Barnes

30. 05/07/14: Charge of Discrimination by Devin Barns against Quality Fab & Mechanical, LLC

31. Medical records from Ochsner Health Center

32. Louisiana Driver's License: Devin Barnes

33. Undated Inventory Sheets

34. Any and all pleadings or other documents filed of record, exchanged, or served, in this litigation

35. Any documents produced or introduced at the depositions of any witness

36. Any document identified or produced during the course of discovery in this matter.

37. Any documents provided by any person and/or entity in response to any subpoena issued in the above-captioned matter

38. Defendants reserve the right to supplement and amend their exhibit list upon adequate notice to the Court and all counsel of record.

Respectfully submitted,

*/s/Patrick S. McGoey*
Kyle Schonekas, 11817
Patrick S. McGoey, 24549
Ian L. Atkinson, 31605
Andrea V. Timpa, 29455
SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
kyle@semmlaw.com
patrick@semmlaw.com
andrea@semmlaw.com
ian@semmlaw.com

*Attorneys for Quality Fab & Mechanical, L.L.C., Quality Fab & Mechanical Contractors, Inc., St. Rose Driving Range, L.L.C. and Bruce M. Bourgeois*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Patrick S. McGoey*
Patrick S. McGoey