SRDR 01 RD DUTIES.xls

Date: 5/30/15
Day of the Week:
Employee Name: Kevin Reeves

This sheet must be turned in to management every 7 - 14 days with [...]

| | | AM SHIFT DUTIES | CHECK IF DONE BELLOW | CHECK IF DONE BELLOW | PM SHIFT DUTIES | CHECK IF DONE BELLOW | CHECK IF DONE BELLOW | TWICE A WEEK Tuesday & Thursday | WEEKLY DUTIES Wednesday | MONTHLY DUTIES Around the 15th |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ball Duties** | | | | | | | | | | |
| Pick balls, balls and more balls | | x | | | x | | | | | |
| Never, Ever leave balls in picker or on field overnight | | | | | x | | | | | |
| Ball picker is to be washed thoroughly on Saturday | | x | | | x | | | | | x |
| Clean trash out of ball picker at end of shift. | | x | | | x | | | | | |
| Keep your ball area neat and clean at all times | | x | | | x | | | | | |
| Make sure that outside is secure - take keys out of ball picker & lawnmower, lock shed, no balls left in washing area overnight | | | | | x | | | | | |
| **Field Maintance** | | | | | | | | | | |
| Keep targets in field maintained and repaired | | x | | | | | | - | | |
| Go next door and remove balls from truck stop parking lot | | x | | | x | | | | | |
| Make sure that balls are picked up under & on both side of nets. | | x | | | | | | x | | |
| Fill holes and maintain grass in field | | x | | | | | | | x | |
| *USUALLY ON WEDNESDAYS* The yard must be cut and weed eated once per week | | x | | | x | | | | x | |
| **Building Maintance** | | | | | | | | | | |
| Clean trash from parking lot and around building | | x | | | x | | | | | |
| Empty all the garbage cans including the green ones by the stalls. | | x | | | x | | | | | |
| Wash the inside and the outside of all garbage cans & lids | | x | | | x | | | | x | |
| Pick up empty buckets and return to proshop. DO NOT leave them outside overnight | | x | | | x | | | | | |

EXHIBIT 5

Page 1 of 2

SRDR 01-YARD DUTIES.xls

| | | AM SHIFT DUTIES | CHECK IF DONE BELLOW | CHECK IF DONE BELLOW | PM SHIFT DUTIES | CHECK IF DONE BELLOW | CHECK IF DONE BELLOW | TWICE A WEEK Tuesday & Thursday | WEEKLY DUTIES Wednesday | MONTHLY DUTIES Around the 15th |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ball Duties** | | | | | | | | | | |
| Turn mats and make sure each stall is equiped with tees before end of your shift. | | X | | | X | | | | | |
| Equipment room must be clean & organized every week, AM or PM shift can do this | | X | | | X | | | | X | |
| *Monday & Friday*, weather permitting, water and wed all the plants on the property. Also check the sprinklers 2 times per week | | X | | | X | | | X | | |
| On *Tuesday & Thursday nights*, sweep & mop front and back decks and steps & sweep the stalls | | X | | | X | | | X | | |
| **Mechanical Maintance** | | | | | | | | | | |
| Maintenance on the equipment - check oil in picker at lease 2 times per week. | | X | | | X | | | X | | |
| Do any repairs to the nets once a month | | X | | | X | | | | | X |
| Make sure picker has gas for next shift. | | X | | | X | | | | | |
| **Misc Duties** | | | | | | | | | | |
| Check with bartender periodically, help with ice, beer and trash. | | X | | | X | | | | | |
| Check with Manager, the flashing sign outside needs to be changed daily | | X | | | X | | | | | |

Notes to Manager:

Post Suggestions Here:

SRDR-000037

SRDR-000038

| | Employee Signature | | PM Shift Duties | [illegible] | Slow Days Duties | Date: | | |
|---|---|---|---|---|---|---|---|---|
| | Authorized Personnel | | | | | | | |
| ALL EMPLOYEE SHOULD PARK FACING AIRLINE HWY. ON THE RIGHT OF OUR SIGN | | | | | | | | |
| [illegible] | | ☆ | | | | | | |
| Clean tables and ground outside | | ☆ | ★ | | | | | |
| Pick up buckets and return them to proshop | | ☆ | ★ | | | | | |
| Help fill buckets | | ☆ | ★ | | | | | |
| Check and stock condiments and silverware | | ☆ | ★ | | | | | |
| Keep clean smoking section, pick up trash, empty ashtrays. | | ☆ | ★ | | | | | |
| [illegible] | | | | | | | | |
| Drain and restock coolers. | | ☆ | ★ | | | | | |
| Restock drinks in proshop | | ☆ | ★ | | | | | |
| Fill buckets | | ☆ | ★ | | | | | |
| Help bartender if necessary | | ☆ | ★ | | | | | |
| Keep working area clean all the time | | ☆ | ★ | | | | | |

| Task | | PM Shift Duties | | Slow Days Duties | | | | |
|---|---|---|---|---|---|---|---|---|
| NEVER!! NEVER!! Let a minor on the bar or Video Poker Room | ☆ | ★ | | | | | | |
| Rotate and stock all beer. (*this should be done early, so beer will be cold for pm shift*) | ☆ | | | | | | | |
| Check your fruit, if necessary, cut fresh lemon and lime. | ☆ | | | | | | | |
| Make sure all dishes are washed and returned to proper place. | ☆ | ★ | | | | | | |
| Sweep, and mop under wells and sinks. May need to pick up beer buckets and move trash cans to clean correctly. | ☆ | ★ | | | | | | |
| Clean out wells, replace paper towels. | ☆ | ★ | | | | | | |
| Wipe shelves, and bottles weekly | | | ☆ | ☆ | | | | |
| Check liquor bottles, if running low, ask manager on duty for backup. | ☆ | | | | | | | |
| If you are running low on supplies, fruit, ect. Let manager know ASAP. | ☆ | ★ | | | | | | |
| Wipe cooler doors and shelves weekly | | | ☆ | ★ | | | | |
| Bar glasses need to be washed and dried weekly. | | | ☆ | ★ | | | | |
| Wipe down, beer drain, napkin holders, ketchup bottles, & wells. | | ★ | | | | | | |
| Clean out sinks, drain water and wipe out trash | | ★ | | | | | | |
| Soak nozzles in water | | ★ | | | | | | |
| Front beer, count your inventory and total | ☆ | ★ | | | | | | |
| Ice is fully stocked in wells | | ★ | | | | | | |
| At Closing turn off system property and make sure the credit cards are settle | | | | | | | | |

Page 2 of 3

| Task | ★ | PM Shift Duties | Weekly Duties | Slow Days Duties | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bathroom need to be cleaned thoroughly (toilets, floors, trashcans, mirrors, sinks, stock toilet paper, fill soap.) | ☆ | ★ | | | | | | | | | | |
| Poker room vacuumed, wipe machines, trash | ☆ | ★ | | | | | | | | | | |
| Light are on during shift and off when exiting building. | | ★ | | | | | | | | | | |
| General cleaning of the facility | ☆ | ★ | ☆ | ★ | | | | | | | | |
| Sweep, Mop, and Vacuum ALL FLOORS. | ☆ | | | | | | | | | | | |
| [illegible] | ☆ | | | | | | | | | | | |
| Turn everything on | ☆ | ★ | | | | | | | | | | |
| Stock dressings, meat, lettuce, tomato, cheese, Ect. | | ★ | | | | | | | | | | |
| Clean prep area, toaster, microwave, and wipe down fryer/ grill area. | ☆ | | | | | | | | | | | |
| Stock freezer and cooler of all things needed for next shift. | | ★ | | | | | | | | | | |
| Do not leave food out over night. Make sure it is all put up and stored the proper way. | ☆ | ★ | | | | | | | | | | |
| Prepare what you can for the next days lunch special | | ★ | | | | | | | | | | |
| Change out foil under toaster, on counter and in holding tray under heat lamp. | ☆ | ★ | | | | | | | | | | |
| Change grease when needed, if not needs to be strained nightly. | | | | | | | | | | | | |

SRDR-000040