UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **DEVIN BARNES** | * | CIVIL ACTION NO.: 2:14:cv:02020 |
|  | * |  |
|  | * | **CHIEF JUDGE: SARAH S. VANCE** |
| **VERSUS** | * |  |
|  | * | **MAGISTRATE: DANIEL E.** |
| **QUALITY FAB & MECHANICAL,** | * | **KNOWLES, III** |
| **L.L.C., et al.** | * |  |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants Quality Fab & Mechanical, L.L.C., Quality Fab & Mechanical Contractors, Inc., and St. Rose Driving Range, LLC (herein "Corporate Defendants") hereby respond to Plaintiff's Third Request for Production of Documents as follows:

### REQUEST FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

Please produce all documents received from the Department of Labor including any signed agreements related to the investigation testified to, by Bruce Bourgeois, during one or more of Defendants' Corporate Depositions.

### RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:

*See* documents produced by Quality Fab & Mechanical, LLC on November 9, 2015 Bates labeled QFLLC-000040-000043.



EXHIBIT
8

## REQUEST FOR PRODUCTION NO. 2:

Please produce the 1099's and/or W-2's for each of the following for 2013, and 2014:

- Heather Cannon
- Antonine Ballanshaw
- Stephanie Hanson
- Skyler King
- Jason Bigner

## RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:

Defendants object to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence and it seeks personal information. Plaintiff's counsel does not represent any of the individuals in which he seeks 1099s and W-2's and Plaintiff has dismissed his collective action claim.

## REQUEST FOR PRODUCTION NO. 3:

Please produce the payroll records for each Corporate Defendant for 2012 and 2013.

RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:

Defendants object to request number three as it seeks documents not reasonably calculated to lead to the discovery of admissible evidence.  Additionally, Plaintiff's counsel has admitted that this request is moot given that the Plaintiff has dismissed his collective action claim in this case.

Respectfully submitted,

Kyle D. Schonekas, 11817
Patrick S. McGoey, 24549
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
patrick@semmlaw.com
ian@semmlaw.com

Attorneys for defendants, Quality Fab & Mechanical, L.L.C., Quality Fab & Mechanical Contractors, Inc., and St. Rose Driving Rage, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Third Request for Production of Documents has been served on all counsel of record by Email and U.S. mail, postage pre-paid and properly addressed this 18th day of November, 2015.

Patrick S. McGoey

3

 SCHONEKAS
EVANS
MCGOEY &
MCEACHIN, LLC

Patrick S. McGoey
504.680.6054
Patrick@semmlaw.com

November 9, 2015

**VIA EMAIL AND U.S. MAIL**
Michael Thomas Tusa, Jr., Esq.
Sutton & Alker, LLC
4080 Lonesome Road, Suite A
Mandeville, Louisiana 70448
mtusa@sutton-alker.com

**VIA EMAIL AND U.S. MAIL**
Steven Mark Spiegel, Esq.
Steven M. Spiegel, APLC
209 Highway 22 West, Suite G
Madisonville, Louisiana 70447
spiegellaw@hotmail.com

Re:    *Devin Barnes v. Quality Fab & Mechanical, LLC, et al*
       *USDC Eastern District Civil Action No. 2:14-CV-02020*

Dear Counsel:

I enclose supplemental document production, labeled QFLLC-000040 through QFLLC-000043.

With kind regards, I remain

Sincerely,

Patrick S. McGoey

PSM/ala
Enclosures

2015.11.09.psm.ltr.counsel.2374.doc

WHISARD

Unpaid Employee Listing

PAGE: 1

RUN DATE: 04/18/2013

| Case # | Employer Name | EIN | ER City | ER State | District Office | |
|---|---|---|---|---|---|---|
| 1664108 | Quality Fab | 52-2148459 | | | New Orleans LA District Office | |

| Employee Name | EE Street | EE City | EE State | EE Zip | Unpaid Balance |
|---|---|---|---|---|---|
| Anderson Brian | | | | | $268.13 |
| Ballansaw Antoine | 1120 N. Sugar Ridge | La Place | LA | 70068 | $1,465.25 |
| Barry Lance | 131 W. 9th St. | Reserve | LA | 70084 | $45.38 |
| Beeland Britton | | | LA | | $31.88 |
| Bell James | | | LA | | $238.00 |
| Bellow Daniel | 204 N. Wilson St | Metairie | LA | 70003 | $536.25 |
| Bergeron Nikolas | | | LA | | $1,102.78 |
| Bolden Lawrence | | | LA | | $254.13 |
| Bordelon Annie | | | LA | | $207.00 |
| Bordelon Marsh. | 227 Longview Dr | Destrehan | LA | 70047 | $104.13 |
| Brown Raymond | | | LA | | $463.75 |
| Burbank Brandon | | | LA | | $166.00 |
| Cable David | | | | | $1,428.29 |
| Cambre Jr Steven | | | | | $291.81 |
| Campbell Gregory | | | | | $160.88 |
| Canoles Christopher | | | | | $59.38 |
| Cecilio Celestino | 13034 Catahoula Dr | Denham | LA | 70726 | $1,519.77 |
| Cortez Jr Maurice | | | LA | | $782.25 |
| Cottingham Garland | | | LA | | $148.50 |
| Cushall Jeffery | 312 Courville DR | New Sarpy | LA | 70078 | $413.07 |
| Dennis Joseph | | | LA | | $21.88 |
| Elk Jeremy Louis | | | LA | | $603.00 |
| Felix Anthony | | | LA | | $27.31 |
| Gilbeaux John | | | LA | | $827.25 |
| Green Michael Allen | | | LA | | $242.25 |
| Griffin Robert | | | LA | | $1,082.34 |
| Harris Edward | | | LA | | $217.50 |
| Hartig Michael | | | LA | | $529.56 |
| Hatter Cleotis | 713 Colony Apt E | La Place | LA | 70068 | $354.52 |
| Hebert Keith | | | | | $575.75 |
| Heltz Joe | | | | | $470.25 |
| Henry Mark | | | | | $173.25 |
| Huff Danie | | | | | $438.63 |
| Jensen Jesse | 15 Brentwood Dr | Metairie | LA | 70003 | $130.81 |
| Johnson Nicolas | | | LA | | $1,043.69 |
| Jones David | 1209 24th St | Kenner | LA | 70062 | $356.76 |
| Joseph Randy | | | LA | | $132.75 |
| Kimball Herbert | | | LA | | $856.13 |
| Laughlin Mike | | | LA | | $42.75 |
| LeBlanc Jonathan | | | LA | | $38.50 |
| Ledet Philip | | | LA | | $137.25 |
| Lewis Jason | | | LA | | $1,608.75 |
| Louque Robert | | | LA | | $742.66 |
| Mahler Shawn | | | LA | | $682.91 |
| Mariani Leo | | | LA | | $401.84 |
| Matherne Craig | | | LA | | $557.75 |
| McCann Robert | | | | | $236.33 |
| McCaskill James | | | | | $73.63 |
| Miranda Carlos | | | | | $34.00 |
| Morgan Richard | 5709 Parkaire Dr | Metairie | LA | 70003 | $631.34 |
| Morrill Jr. James Ray | | | LA | | $438.75 |
| Patterson Raymond | 531 Jefferson DR | Slidell | LA | 70460 | $611.47 |
| Payne Jonathan | | | LA | | $86.25 |
| Paz Jose | 1413 N Atlanta Ave | Metairie | LA | 70003 | $1,664.65 |
| Pisani Michael | | | LA | | $2,518.07 |
| Plake Eugene | 1928 Hickory Apt B | New Orleans | LA | 70123 | $167.06 |

QFLLC-000040

WHISARD

## Unpaid Employee Listing

PAGE: 2

RUN DATE: 04/18/2013

| Case # | Employer Name | EIN | ER City | ER State | District Office |
|---|---|---|---|---|---|
| | | | | LA | New Orleans LA District Office |
| 1664108 | Quality Fab | 52-2148459 | | | |

| Employee Name | EE Street | EE City | EE State | EE Zip | Unpaid Balance |
|---|---|---|---|---|---|
| | | | LA | | $22.50 |
| Poche Jonathan | | | LA | | $408.53 |
| Rada Timothy | 18040 Davie Dr | Ponchatoula | LA | 70454 | $1,152.79 |
| Randall Fabel | 7476 Hurst ST | New Orleans | LA | 70118 | $369.00 |
| Roberson Darrell | | | LA | | $109.69 |
| Sanabria Suly | | | LA | | $118.44 |
| Schexnayder Morgan | 10362 Airline Hwy | Saint Rose | LA | 70087 | $823.81 |
| Silknitter James | 952 Minden Ave | Kenner | LA | 70062 | $857.72 |
| Sunday Chris | 5000 David Dr | Kenner | LA | 70065 | $246.16 |
| Treadaway Irwin | | | LA | | $76.50 |
| Triana Alexis | 5309 Vermillion Blvd | New Orleans | LA | 70122 | $111.53 |
| Wilson Arthur | | | LA | | $595.70 |
| Young Timothy | | Kenner | LA | 70065 | $60.75 |
| Zuniga Carlos | 2512 Taffy Dr | | | | |

| | | Unpaid Balance |
|---|---|---|
| | | $33,399.45 |

| Total | Number of EEs | |
|---|---|---|
| | 69 | |

QFLLC-000041

U.S. Department of Labor

Case #
1664108
Fin 52-2148459

Wage and Hour Division
F Edward Hebert Building
600 South Maestri Place
Room 615
New Orleans, LA 70130
504-589-6171



April 18, 2013

Bruce Bourgeois
Quality Fab & Mechanical LLC
10308 Airline Hwy, St.
Saint Rose, LA 70087

Dear Mr. Bourgeois:

This refers to the investigation of Quality Fab & Mechanical LLC. (herein after referred to as "the employer").

The Secretary of Labor, through Investigator Busby of the Wage and Hour Division, United States Department of Labor, conducted an investigation of the employer's business under Fair Labor Standards Act. The investigation covered the employer's operations from 08/11/2010 to 08/10/2012.

As a result of that investigation, monetary violations were found resulting in 84 due back wages in the amount of $37,021.95.

Investigator Busby reports that Quality Fab & Mechanical LLC agreed to full future compliance with all applicable provisions of the Fair Labor Standards Act, and that Quality Fab & Mechanical LLC agreed to pay the back wages due the employees in question in the amounts shown for the periods indicated on the Summary of Unpaid Wages (copy enclosed). Quality Fab & Mechanical LLC agreed to pay directly to the employees the amounts due (less legal payroll deductions) on or before 01/30/2013 and to deliver to the Secretary's representative by 02/06/2013 preliminary payment evidence along with signed WH-58 receipt forms. This was to be followed by additional signed WH-58 receipt forms or a canceled check indicating the employees had received their backwages.

Quality Fab & Mechanical LLC has not completed the payment as agreed. By this point you should have provided evidence of payment for all employees you have paid, and provided a Net check for the total amount unpaid to employees you were unable to locate. In the absence of evidence of payment we are forced to assume that those employees have not been paid. Therefore, the entire unpaid balance has immediately become due and payable, together with such additional collection and court costs as may be incurred by the U.S. Department of Labor in pursuing collection. This defaulted balance shall be subject to the assessment of interest and penalty interest at rates determined by the U. S. Treasury as required by the Debt Collection Improvement Act of 1996 (Public Law 104-134) published by the Secretary of the Treasury in the Federal Register and other delinquent charges and administrative costs shall also be assessed.

QFLLC-000042

If evidence of payment is not received within 10 Days of the date of this letter the Department intends to pursue additional collection action that may include, but is not limited to, administrative offset, referral of the account to credit reporting agencies, private collection agencies, and/or the Department of Justice.

Attached you will find a list of unpaid and/or unlocated employees. For each unpaid employee you are required to provide the following:

- Payment or proof of payment of balance due
- The Social Security Number (SSN) for each employee
- The last known address of each employee

For each unlocated employee you are required to provide the following:

- The Social Security Number (SSN) for each employee
- The last known address of each employee

If you have any questions or if you wish to discuss this matter, you may contact me at 504-589-6171.

Sincerely,

Lee A. Dunbar
District Director


Enclosure

QFLLC-000043