U.S. Department of Labor

Wage and Hour Division
F Edward Hebert Building
600 South Maestri Place
Room 615
New Orleans, LA 70130
504-589-6171



Case # 1664108
FIN 52-2148459

April 18, 2013

Bruce Bourgeois
Quality Fab & Mechanical LLC
10308 Airline Hwy, St.
Saint Rose, LA 70087

Dear Mr. Bourgeois:

This refers to the investigation of Quality Fab & Mechanical LLC. (herein after referred to as "the employer").

The Secretary of Labor, through Investigator Busby of the Wage and Hour Division, United States Department of Labor, conducted an investigation of the employer's business under Fair Labor Standards Act. The investigation covered the employer's operations from 08/11/2010 to 08/10/2012.

As a result of that investigation, monetary violations were found resulting in 84 due back wages in the amount of $37,021.95.

Investigator Busby reports that Quality Fab & Mechanical LLC agreed to full future compliance with all applicable provisions of the Fair Labor Standards Act, and that Quality Fab & Mechanical LLC agreed to pay the back wages due the employees in question in the amounts shown for the periods indicated on the Summary of Unpaid Wages (copy enclosed). Quality Fab & Mechanical LLC agreed to pay directly to the employees the amounts due (less legal payroll deductions) on or before 01/30/2013 and to deliver to the Secretary's representative by 02/06/2013 preliminary payment evidence along with signed WH-58 receipt forms. This was to be followed by additional signed WH-58 receipt forms or a canceled check indicating the employees had received their backwages.

Quality Fab & Mechanical LLC has not completed the payment as agreed. By this point you should have provided evidence of payment for all employees you have paid, and provided a Net check for the total amount unpaid to employees you were unable to locate. In the absence of evidence of payment we are forced to assume that those employees have not been paid. Therefore, the entire unpaid balance has immediately become due and payable, together with such additional collection and court costs as may be incurred by the U.S. Department of Labor in pursuing collection. This defaulted balance shall be subject to the assessment of interest and penalty interest at rates determined by the U. S. Treasury as required by the Debt Collection Improvement Act of 1996 (Public Law 104-134) published by the Secretary of the Treasury in the Federal Register and other delinquent charges and administrative costs shall also be assessed.



EXHIBIT 9

QFLLC-000042

If evidence of payment is not received within 10 Days of the date of this letter the Department intends to pursue additional collection action that may include, but is not limited to, administrative offset, referral of the account to credit reporting agencies, private collection agencies, and/or the Department of Justice.

Attached you will find a list of unpaid and/or unlocated employees. For each unpaid employee you are required to provide the following:

- Payment or proof of payment of balance due
- The Social Security Number (SSN) for each employee
- The last known address of each employee

For each unlocated employee you are required to provide the following:

- The Social Security Number (SSN) for each employee
- The last known address of each employee

If you have any questions or if you wish to discuss this matter, you may contact me at 504-589-6171.

Sincerely,

*[signature]*

Lee A. Dunbar
District Director

Enclosure

QFLLC-000043